**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LIGHTING SCIENCE GROUP CORP., | ) | |
| | ) | Case No. 1:19-cv-806-LPS |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | **REDACTED PUBLIC VERSION** |
| GENERAL ELECTRIC COMPANY, | ) | |
| CONSUMER LIGHTING (U.S.), LLC | ) | |
| (D/B/A GE LIGHTING, LLC), and | ) | |
| CURRENT LIGHTING SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS GENERAL ELECTRIC COMPANY, CONSUMER LIGHTING (U.S.),
LLC, AND CURRENT LIGHTING SOLUTIONS, LLC'S
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

Under 28 U.S.C. § 1404(a), Defendants, General Electric Company, Consumer Lighting (U.S.), LLC, and Current Lighting Solutions, LLC, hereby move to transfer this action to the U.S. District Court for the Southern District of New York for consolidation with a pending action in that District captioned *General Electric Co. v. Lighting Science Group Corp.*, C.A. 1:19-cv-05365-AT (S.D.N.Y. filed June 7, 2019). As the accompanying brief discusses, ▇▇▇▇ in an agreement between the parties mandates the transfer of this action.

| | |
|---|---|
| Dated: June 10, 2019 | Respectfully submitted,<br><br>MCCARTER & ENGLISH, LLP<br><br>  /s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br><br>*Counsel for Defendants General Electric Company, Consumer Lighting (U.S.), LLC d/b/a GE Lighting, LLC, and Current Lighting Solutions, LLC* |